UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES B. HURLEY and BRANDI HURLEY,

       Plaintiffs,

and

JAMES HURLEY,

       Counter Defendant

v.

DEUTSCHE BANK TRUST COMPANY
AMERICAS f/k/a Banker's Trust Company,
as Trustee and Custodian by: SAXON
MORTGAGE SERVICES, INC.,

       Defendants/Counter Plaintiffs,

and

DAVID C. LOHR and ORLANS
ASSOCIATES, P.C.,

       Defendants.
                                       /

Case No. 07-11924

Honorable Nancy G. Edmunds

**ORDER GRANTING DEFENDANT SAXON MORTGAGE'S MOTION TO TRANSFER
VENUE PURSUANT TO 28 U.S.C. § 1404(a) [56]**

This matter came before the Court at an April 16, 2008 hearing on Defendant Saxon

Mortgage's motion to transfer venue pursuant to 28 U.S.C. § 1404(a).[1] Being fully advised

---

[1] Defendants Orlans Associates, P.C. and David C. Lohr filed a concurrence with this motion. (Docket Text #59.)

in the premises, having read the pleadings, and for the reasons set forth on the record, the Court hereby orders as follows:

> Defendant Saxon Mortgage's motion to transfer venue is GRANTED, and
>
> This case is transferred to the Western District of Michigan.
>
> SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: April 17, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 17, 2008, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager